452 A.2d 61

Commonwealth v. Hemphill, Appellant.

Submitted February 9, 1982. Gary F. Selway, for appellant; Albert Nichols, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order and judgment of sentence affirmed.